UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIEL ECKARD,

        Plaintiff,

  v.

PAT GLEBE, WILLIAM SWAIN,

        Defendant.

CASE NO. C14-5898 RJB-KLS

ORDER

    This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the undersigned upon Plaintiff's motion to file an amended complaint. Dkt No. 13. Defendants do not oppose the motion. Dkt. 14. After reviewing Plaintiff's amended complaint, which is incorporated with his motion, and the balance of the record, the undersigned finds and ORDERS as follows:

    1.    The undersigned GRANTS Plaintiff's motion.

    2.    The operative complaint in this action is Plaintiff's amended complaint, Dkt. 13.

    3.    The scheduling order entered January 13, 2015 remains in effect.

ORDER- 1

4. The undersigned will enter a separate order to serve the three new defendants.

The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 16 day of March, 2015.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge