UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIEL ECKARD,

                Plaintiff,

   v.

PAT GLEBE, et al.,

                Defendants.

CASE NO. C14-5898 RJB-KLS

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION**

Defendant's motion for summary judgment is noted for July 24, 2015.  Dkt. 25.  Plaintiff states that he needs additional time to file his response, but does not specify the amount of time needed.  Dkt. 27.  Defendants do not oppose an extension of up to sixty days.  Dkt. 28.  Accordingly, it is **ORDERED:**

(1)  Plaintiff's motion for extension (Dkt. 27) is **GRANTED.**  Plaintiff shall file his response to Defendant's motion for summary judgment **by September 14, 2015.**

(2)  The Clerk shall **re-note** Defendant's motion for summary judgment (Dkt. 25) for **September 18, 2015** and end a copy of this Order to Plaintiffs and counsel for Defendant.

Dated this 3rd day of August, 2015.

                                      Karen L. Strombom
                                      United States Magistrate Judge