1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIEL ECKARD,

                                    Plaintiff,

        v.

PAT GLEBE, et al.,

                                    Defendants.

No. C14-5898 RJB-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

10      The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

11  L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

12  does hereby find and **ORDER:**

13      (1)     The Court adopts the Report and Recommendation (Dkt. 33).

14

15      (2)     Defendant's motion for summary judgment (Dkt. 25) is **GRANTED;** Plaintiff's
16              claim relating to cell checks (June 2, 2014 to June 9, 2014) **is dismissed with
                prejudice;** his remaining claims are **dismissed without prejudice** for failure to
                exhaust administrative remedies.

17

18      (3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
                Karen L. Strombom.

19

20      **DATED** this 27th day of October, 2015.

21
22
23                                      ROBERT J. BRYAN
                                        United States District Judge
24
25
26

ORDER ADOPTING REPORT AND RECOMMENDATION- 1